Collette DAVIDSON, Claimant–
Appellant,

Milton T. Butterworth, Jr.; Atlantic Mutual Insurance Company; Insurance Company of North America; Commercial Union Insurance Company; William H. Mcgee and Company Incorporated; Limited Royal Insurance Company; Chubb & Son, Incorporated; Sun Alliance Group; Salvage Association; Underwriters at Lloyd's; London Assurance; Alliance Assurance Company, Limited; GRE of America Corporation; Guardian Royal Exchange; Royal Exchange Assurance; Indemnity Mutual Marine Assurance Company; Indemnity Marine Assurance Company, Limited; Sun In-

surance Company of New York; Sun Insurance Office, Limited; Great Western Insurance Company; Sun Mutual Insurance Company; Union Mutual Insurance Company; Oriental Mutual Insurance Company; Commercial Mutual Insurance Company; Mercantile Mutual Insurance Company; New York Mutual Insurance Company; Pacific Mutual Insurance Company; Marine Insurance Company, Limited; Indemnity Marine; London Associated Corporation; Royal Associated Corporation; Royal Insurance Company; Royal Marine; Indemnity Mutual; Royal Exchange & London Offices; Union Bank of London; Commonwealth Fire Insurance Company; Dennis Standefer; Superintendent of Insurance of the State of New York; Robol Law Office; Richard Thomas Robol; Commercial Union Assurance Company, Limited, Claimants,

v.

COLUMBUS–AMERICA DISCOVERY GROUP; Recovery Limited Partnership, Plaintiffs–Appellees,

Harry G. John; Jack F. Grimm; Trustees of Columbia University in the City of New York, Plaintiffs,

and

The Unidentified & Abandoned Sailing Vessel; the Unidentified Sailing Vessel; S.S. Central America; the Wrecked and Abandoned Vessel S.S. Central America, Defendants.

No. 14–1949.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 6, 2015.

Decided: Feb. 25, 2015.

Collette Davidson, Appellant Pro Se. Philip N. Davey, Bryan K. Meals, Davey & Brogan, PC, Norfolk, Virginia; Richard Thomas Robol, Robol Law Office, LLC, Columbus, Ohio; James Long Chapman, IV, Cyrus Wiley Grandy, VI, Steven Michael Stancliff, Crenshaw Ware & Martin, PLC, Norfolk, Virginia; Conrad M. Shumadine, Brett Alexander Spain, Willcox & Savage, PC, Norfolk, Virginia, for Appellees.

Before KING, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Collette Davidson appeals the district court's order dismissing her salvage action for failure to state a claim. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Davidson's informal brief does not challenge the basis for the district court's disposition, Davidson has forfeited appellate review of the court's order. Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*